1  SAWYER & LABAR LLP
   ADRIAN SAWYER, State Bar No. 203712
2    sawyer@sawyerlabar.com
3  1700 Montgomery Street, Suite 108
   San Francisco, California 94111
4  Telephone: 415.262.3820

5
   Attorneys for NBCUniversal Media, LLC
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | IN RE: DMCA SECTION 512(h) | Case No. 25-80396
   | SUBPOENA TO GOOGLE LLC     |
13 |                            |
   |                            | **REQUEST TO THE CLERK FOR**
14 |                            | **ISSUANCE OF SUBPOENA**
   |                            | **PURSUANT TO 17 U.S.C. § 512(h)**
15

16

17

18

---

Case No. 25-80396
REQUEST FOR SECTION 512(H) SUBPOENA

Petitioner NBCUniversal Media, LLC, through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Google LLC to identify the alleged infringer(s) of copyrighted works.

Petitioner has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) Petitioner has attached hereto a copy of the notification required by 17 U.S.C. §512(c)(3)(A);

(2) Petitioner has concurrently filed a proposed DMCA subpoena; and

(3) Petitioner has attached hereto the sworn Declaration of Braxton Perkins confirming that the purpose for which the proposed subpoena is sought is to obtain the identity of the alleged infringer(s), and that such information will only be used for the purpose of protecting the copyright owners' rights under U.S. Code Title 17.

Having complied with all statutory requirements, Petitioner respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

DATED: December 22, 2025            SAWYER & LABAR LLP

                                    By:      /s/ Adrian Sawyer
                                             ADRIAN SAWYER

                                    Attorney for NBCUniversal Media LLC