SAWYER & LABAR LLP
ADRIAN SAWYER, State Bar No. 203712
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

Attorneys for NBCUniversal Media, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO GOOGLE LLC | Case No. 25-80396<br><br>**DECLARATION OF BRAXTON PERKINS IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Braxton Perkins, the undersigned, declare that:

1. I am the Senior Vice President of Analytics, Operations & Technology, Intellectual Property for NBCUniversal Media, LLC ("NBCUniversal"), which is authorized to act on behalf of its affiliate copyright owners, including Universal City Studios Productions LLLP, in submitting takedown requests and requests for subpoenas under the Digital Millennium Copyright Act ("DMCA"). As part of my duties, I am responsible for monitoring and responding to copyright infringement.

2. I submit this declaration in support of NBCUniversal's request for issuance to Google LLC ("Google") of a subpoena, pursuant to the DMCA, 17 U.S.C. § 512(h), to identify individual(s) who published content on Google's systems that infringed copyrighted works owned by NBCUniversal and its affiliates.

3. On October 28, 2025, a member of my team submitted a notification to Google that identified a video published on its service, Google Drive, which infringed NBCUniversal's title, *Minions 3*. The notification provided all information required by 17 U.S.C. § 512(c)(3)(A). A copy of the notification is attached hereto as **Exhibit 1.**

4. Between October and November, 2025, members of my team also submitted three notifications to Google that identified videos published on its service, YouTube, which infringed copyrighted works owned by NBCUniversal and its affiliates. These notifications provided all information required by 17 U.S.C. § 512(c)(3)(A).

5. First, on October 27, 2025, my team notified Google of a video published on the YouTube channel, "CHOCOLATE BOB," which infringed NBCUniversal's title, *Minions 3*. A copy of Google's confirmation of that notification is attached hereto as **Exhibit 2.**

6. Second, on November 22, 2025, my team notified Google of a video published on the YouTube channel, "ChoclateBob," which infringed

1  NBCUniversal's title, *Minions 3*. A copy of Google's confirmation of that
2  notification is attached hereto as **Exhibit 3.**
3      7.    Third, on November 25, 2025, my team notified Google of a video
4  published on the YouTube channel, "mightyvortex5973," which infringed
5  NBCUniversal's title, *The Lorax*. A copy of Google's confirmation of that
6  notification is attached hereto as **Exhibit 4.**
7      8.    NBCUniversal is requesting issuance of a subpoena that would order
8  Google to disclose the identities, including the names, physical addresses, IP
9  addresses, telephone numbers, and e-mail addresses, of the individual(s) that operate
10 the Google accounts that published the above-identified content on Google's
11 systems
12     9.    The purpose for which this subpoena is sought is to obtain the identities
13 of the alleged infringer(s) who have exploited exclusive rights in copyrighted works,
14 without the copyright owners' authorization. The information obtained through this
15 subpoena will only be used for the purposes of protecting the copyright owners'
16 rights under U.S. Code, Title 17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Los Angeles, California, on December 22, 2025.

_____
Braxton Perkins